BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP        BDFTE#  00000004118964
15000 SURVEYOR BLVD SUITE 100
ADDISON, TX  75001
(972) 341-0500

Attorney for BANK OF AMERICA, N.A. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-70335-HDH-13 |
| | § | |
| JOHN FRITZ SELF, JR and | § | |
| PAIGE DEAN SELF, | § | |
|     Debtor | § | CHAPTER 13 |

**NOTICE OF APPEARANCE AND REQUEST FOR DUPLICATE
NOTICE COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO
BANKRUPTCY RULE 2002(a), (b) AND PLEADINGS PURSUANT
TO BANKRUPTCY RULES 3017(a) AND 9007**

Comes now BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP pursuant to Bankruptcy Rules 9010 (b), 2002 (a), (b), 3017 (a), 9007, and files this Notice of Appearance and Demand for Service of Papers as Counsel for BANK OF AMERICA, N.A. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**
15000 SURVEYOR BLVD SUITE 100
ADDISON, TX 75001
(972) 341-0500

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel for BANK OF AMERICA, N.A. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seq. The undersigned firm will not accept service of process in any adversary case for BANK OF AMERICA, N.A. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST.

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ STEVE TURNER                    1/2/2014
STEVE TURNER
TX NO. 20341700
15000 SURVEYOR BLVD SUITE 100
ADDISON, TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 341-0502
E-mail: NDECF@BDFGROUP.COM
ATTORNEY FOR CLAIMANT

## CERTIFICATE OF SERVICE

I hereby certify that on January 02, 2014, a true and correct copy of the Notice of Appearance and Request for Duplicate Notice was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attatched list.

> Respectfully submitted,
>
> BARRETT DAFFIN FRAPPIER
> TURNER & ENGEL, LLP
>
> BY: /s/ STEVE TURNER            1/2/2014
>  STEVE TURNER
>  TX NO. 20341700
>  15000 SURVEYOR BLVD SUITE 100
>  ADDISON, TX 75001
>  Telephone: (972) 341-0500
>  Facsimile: (972) 341-0502
>  E-mail: NDECF@BDFGROUP.COM
>  ATTORNEY FOR CLAIMANT

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTORS:**
PAIGE DEAN SELF
106 CUTTER COVE
LAKESIDE CITY, TX  76308

JOHN FRITZ SELF, JR
106 CUTTER COVE
LAKESIDE CITY, TX  76308

JOHN FRITZ SELF, JR
106 CUTTER COVE
WICHITA FALLS, TX  76308

**DEBTOR'S ATTORNEY:**
MONTE J. WHITE
1106 BROOK AVENUE
HAMILTON PLACE
WICHITA FALLS, TX  76301

**TRUSTEE:**
WALTER O'CHESKEY
6308 IOLA AVENUE
LUBBOCK, TX  79424